UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SCOTT JOSEPH FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | No. 5:24-cv-00799-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint filed by Scott Faulkner ("Plaintiff") (Dkt. 12, "SAC"), the Report and Recommendation of the Magistrate Judge (Dkt. 17, "Report"), the Objections to the Report filed by Plaintiff (Dkt. 19), and the Notice of Errata/Request to Amend filed by Plaintiff (Dkt. 18). Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

　　　　Therefore, IT IS HEREBY ORDERED that:

　　　　1.　　the Report (Dkt. 17) is approved and accepted;

2. all claims asserted against Sheriff Bianco, Dr. Minahan, John Does 1 and 2, and the two unknown medical providers at the Jail are dismissed without further leave to amend and with prejudice, to be reflected in the final judgment in this action;

3. the Notice of Errata/Request to Amend the SAC (Dkt. 18) for the reasons stated in the order of the Magistrate Judge (Dkt. 20); and

4. the action will proceed only as to the Monell and American with Disabilities Act claims asserted against the County in the SAC and as to no other claims or defendants.

IT IS SO ORDERED.

Dated: May 14, 2025

_____
OTIS D. WRIGHT, II
United States District Judge