JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| SCOTT JOSEPH FAULKNER, | Case No. 5:24-cv-00799-ODW-JDE |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge and the prior order of this Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED, with all claims asserted against Sheriff Bianco, Dr. Minahan, John Does 1 and 2, and the two unknown medical providers at the Robert Presley Detention Center dismissed with prejudice; and the <u>Monell</u> and Americans with Disabilities Act claims against the County of Riverside dismissed without prejudice.

Dated: September 17, 2025

_____
OTIS D. WRIGHT, II
United States District Judge